UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| REGINA PARKER | : | |
| Debtor | : | Bankruptcy No. 05-39420bf |

................................................

ORDER

................................................

AND NOW, this 21st day of January 2009, for the reasons stated in the accompanying memorandum, it is hereby ordered that the request of the former debtor, Regina Parker, for the turnover of funds deposited with the clerk of court under 11 U.S.C. § 347(a) and 28 U.S.C. § 2041 is denied.

_____
BRUCE FOX
United States Bankruptcy Judge

copies to:

Ms. Regina Parker
322 North 63rd Street
Philadelphia, PA 19139

Michael D. Ward, Esq.
1518 Walnut Street, Suite 805
Philadelphia, PA 19102

Renee C. Royer, Esq.
Milstead & Associates, LLC
Woodland Falls Corporate Park
220 Lake Drive East, Suite 301
Cherry Hill, NJ 08002

William C. Miller, Esq.
Chapter 13 Trustee
111 S. Independence Mall, Suite 583
Philadelphia, PA 19106